**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estes Express Lines, Inc., a Virginia corporation,<br><br>      Plaintiff,<br><br>v.<br><br>Oceanis, Inc., an Arizona corporation d.b.a. Oceanis Merch Liquidators, Oceanis Scott Sphun and Oceanis TL,<br><br>      Defendants. | No. CV-07-652-PHX-SMM<br><br>**ORDER** |

Having received the parties' stipulation for extension of time (Doc. 10) and good cause appearing,

**IT IS HEREBY ORDERED** extending the time for Defendants to respond to Plaintiff's Complaint. Defendants shall file said response no later than **Tuesday, May 1, 2007.**

DATED this 18th day of April, 2007.

Stephen M. McNamee
United States District Judge