**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estes Express Lines, Inc., a Virginia corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Oceanis, Inc., an Arizona corporation d.b.a. Oceanis Merch Liquidators, Oceanis Scott Sphun and Oceanis TL,<br><br>　　　　Defendants. | No. CV-07-652-PHX-SMM<br><br>**ORDER** |

　　　　Having received the parties' Stipulation for Dismissal (Doc. 17) and good cause appearing,

　　　　**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice (Doc. 17). This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

　　　　**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

　　　　DATED this 2nd day of January, 2008.

Stephen M. McNamee
United States District Judge